[Dkt. No. 7]

**O'BRIEN, BELLAND & BUSHINSKY, LLC**
509 S. Linola Road
Building 6
Moorestown, NJ 08057
(856) 795-2181
*By:* Steven J. Bushinsky, Esquire
W. Daniel Feehan, Esquire

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| TRUSTEES OF THE IBEW LOCAL 351 PENSION FUND; et. al., *Plaintiffs,* v. HOT WIRE ELECTRIC, LLC, *Defendant.* | Case No. 1:19-cv-14677-RMB-KMW **DEFAULT JUDGMENT** |

This matter having come before the Court on Plaintiffs' Request for Default Judgment, it is on this 2nd day of April, 2020 ;

**ORDERED and ADJUDGED** that the Plaintiffs recover of Defendant Hot Wire Electric, LLC the sum of **$150,631.54**, which is inclusive of interest, liquidated damages, and attorneys' fees, as provided by law and to include additional interest thereon; and

**IT IS FURTHER ORDERED and ADJUDGED** that this Court will retain active jurisdiction over the enforcement and continued litigation of this matter.

_____
Renee Marie Bumb, U.S.D.J.